

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**NOTICE OF ORDER ON MOTION**

Cause number: 01-12-00996-CR

Style: Craig Anthony Crooks

**v** The State of Texas

Date motion filed[*]: March 13, 2013

Type of motion: Motion to substitute attorney of record

Party filing motion: Appellant

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

Original due date:

Number of previous extensions granted:                    Current Due date:

Date Requested:

Ordered that motion is:

☐    Granted
     If document is to be filed, document due:

     ☐    Absent extraordinary circumstances, the Court will not grant additional motions
          to extend time

☑    Denied

☐    Dismissed (*e.g.*, want of jurisdiction, moot)

☐    Other: _____

**In the motion to substitute, counsel fails to certify that appellant, Craig Anthony Crooks,**
**was served with the motion either in person or by both certified and first-class mail.** *See*
**TEX. R. APP. P. 6.5(b), (d), 9.5(d).  The motion as presented is denied.**

Judge's signature: Jim Sharp
          X  Acting individually          ☐ Acting for the Court

Date: May 8, 2013

November 7, 2008 Revision